

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF OHIO
111 UNITED STATES COURTHOUSE
1716 SPIELBUSCH AVENUE
TOLEDO, OHIO 43604-5347

MARY ANN WHIPPLE
UNITED STATES BANKRUPTCY JUDGE

(419) 213-5621
FAX (419) 213-5628

August 5, 2010

Ms. Rosita Dennis
5047 Egger Road
Toledo, OH 43615

<u>**RE: Fax Communication-Case No. 10-33373/Adv. Pro. No. 10-3181**</u>

Dear Ms. Dennis:

     Our Chief Deputy Clerk has referred to me the copy of the letter addressed to Attorney Linda Marie Battisti that you also sent to the court by fax on July 26, 2010.

     It is not clear to me whether you intended the fax document to serve as a formal court filing. I understand that you are representing yourself in your bankruptcy case. And while some leeway on court procedures will be afforded to pro se debtors like yourself, we will not accept court filings by facsimile by or on behalf of any party, whether represented by an attorney or not. Therefore, I want to make sure you understand that we will not treat your letter as a formal court filing in either your Chapter 7 bankruptcy case or in the adversary proceeding that has been filed against you by the United States Trustee. Any action you want to ask me to take in your Chapter 7 case or any response you want to file in the adversary proceeding must be in writing filed with the Clerk of Court either in person or sent by first class mail.

     You indicate that you cannot afford counsel. However, I encourage you to try and consult with a lawyer and also to appear here in court at the pretrial conference set in the adversary proceeding for August 11, 2010, at 1:30 p.m.

Sincerely,

Mary Ann Whipple

xc: Linda Marie Battisti, Esq., United States Trustee's Office



**FedEx Office**

FedEx Kinko's is now FedEx Office

419.535.5679 Phone
419.536.0008 Fax

# Fax Cover Sheet

Date __July 26th, 2010__   Number of pages __2__ (including cover page)

**To:**
Name __Honerable Judge Mary Ann Whipple__
Company __US Bankruptcy Court__
Telephone _____
Fax __419-213-5647__
Comments __Case No. 10-33373__

**From:**
Name __Rosita Dennis__
Company _____
Telephone __567-694-1158__

Fax - Local Send    Fax - Domestic Send    Fax - International Send

fedex.com 1.800.GoFedEx 1.800.463.3339

© 2009 FedEx. All rights reserved. Products, services and hours vary by location. 610.OP00.008 SEP.09

22706

U.S Department of Justice

July 26th, 2010

United States Bankruptcy Court

Case No. 10-33373

Adversary Proceeding No. 10-3181

Judge Mary Ann Whipple

Fax# 419-213-5647 & 216-522-7183

Dear Linda Maria Basttisti (0017046-Trial Attorney),

I received a Pre-Trial Summons from you of a case in opposition to my bankruptcy filing. It is my understanding (although I am just a simple layperson that cannot afford an attorney's services) that you are stating that I cannot file bankruptcy because it's only been 5 years since my previous discharge instead of 8? If this is indeed the correct legal policy, then please let the court dismiss my filing. I don't want to waste the Judges time or tax payers' money. I am sorry for my situation and regret my debt.

Sincerely,

*[signature]* 7-26-10

Rosita M. Dennis

TRANSMISSION VERIFICATION REPORT

```
TIME    : 07/26/2010 20:13
NAME    : FEDEX OFFICE      1207
FAX     : 419--536-0008
TEL     : 4195355679
SER.#   : 000H7N171982
```

```
DATE,TIME           07/26  20:13
FAX NO./NAME        12165227193
DURATION            00:00:00
PAGE(S)             0/3
RESULT              CANCEL
MODE                STANDARD
```