Northern District Of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave
Toledo, OH 43604
**Case No. 10−33373−maw**

**In re:**
Rosita Dennis
**Aka** −Rose Dennis
5047 Egger Rd.
Toledo, OH 43615

**Social Security No.:**
xxx−xx−1451

### NOTICE OF DENIAL OF DISCHARGE CHAPTER 7 CASE

**To the Creditors and Parties in Interest:**

Notice is hereby given of the entry of an order, dated September 20, 2010 denying the discharge of the above−named debtor(s).

**Dated:** September 20, 2010
Form ohnb155

For the Court
Kenneth J. Hirz, Clerk