**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Dated: December 03 2010

Mary Ann Whipple
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: ROSITA DENNIS | ) | Case No. 10-33373 |
| | ) | Chapter 7 |
| Debtor(s). | ) | Judge: MARY ANN WHIPPLE |
| | ) | <u>ORDER</u> |

This matter comes before the Court after Hearing on Trustee's Motion to Dismiss, Debtor, Rosita Dennis Chapter 7 Case. Present at the Hearing were: John N. Graham, Trustee

For good cause shown, it is

ORDERED that the Trustee's Motion to Dismiss Debtor from Chapter 7 Case be, and is hereby, granted and the Debtor, Rosita Dennis is hereby, dismissed from the above Chapter 7 Case.

It is FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, serve a notice of this Order of Dismissal upon the Debtor, trustee, all Creditors and Parties in Interest.

# CERTIFICATE OF NOTICE

```
District/off: 0647-3           User: mshai              Page 1 of 1            Date Rcvd: Dec 03, 2010
Case: 10-33373                 Form ID: pdf727          Total Noticed: 13

The following entities were noticed by first class mail on Dec 05, 2010.
db           +Rosita Dennis,    5047 Egger Rd.,    Toledo, OH 43615-4710
19581798     +BANK OF AMERICA,    PO BOX 15137,    WILMINGTON, DE 19850-5137
19581799     +CAPITAL ONE,    PO BOX 85520,    RICHMOND, VA 23285-5520
19581800     +CHASE,    PO BOX 15298,    WILMINGTON, DE 19850-5298
19581801     +CITIBANK,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
19581802     +DILLARDS GE,    PO BOX 6241,    EL PASO, TX 79906-0241
19581803     +GE PAYPAL CREDIT,    PO BOX 981064,    EL PASO, TX 79998-1064
19581804     +GMAC MORTGAGE,    PO BOX 1330,    WATERLOO, IA 50704-1330
19581805     +HSBC,    PO BOX 60102,    CITY OF INDUSTRY, CA 91716-0102
19581806     +MAIN STREET ACQUISITION,    HSBC DISCOVER COLLECTION AGENCY,    3950 JOHNS CREEK CT,
               SUWANEE, GA 30024-1296
19581807     +PREMIUM ASSET RECOVERY,    350 JIM MORAN BLVD, #2,    DEERFIELD BEACH, FL 33442-1700
19581808     +TARGET,    PO BOX 1331,    MINNEAPOLIS, MN 55440-1331

The following entities were noticed by electronic transmission on Dec 03, 2010.
19612227      E-mail/PDF: rmscedi@recoverycorp.com Dec 04 2010 01:35:55
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            GMAC Mortgage, LLC
cr*          +Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 05, 2010**                    Signature:    *Joseph Speetjens*